UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JACKIE BARSHAK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　Defendant. | Case No. 18-cv-00016-LB<br><br>**ORDER DENYING MOTION TO ENFORCE JUDGMENT**<br><br>Re: ECF No. 33 |

The court denies the motion. For the reasons advanced by the government, the plaintiff must exhaust her administrative remedies. The government has represented that those remedies exist, and the plaintiff proffered Social Security Administration SSI notices that support that representation. The court relies on the representation. To the extent that there are timeliness issues, the court does not resolve them with this ruling.

**IT IS SO ORDERED.**

Dated: October 22, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER – No. 18-cv-00016-LB